

> Defendant's letter does not indicate whether the government or Probation consent to this request. Accordingly, IT IS HEREBY ORDERED that Defendant's request is DENIED without prejudice to renewal in a letter that indicates the government's and Probation's position on this request.
>
> SO ORDERED
> Dated: 6/7/18
> RICHARD J. SULLIVAN
> U.S.D.J.

June 7, 2018

Hon. Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       RE: **United States v. Victor Casado**
          18-Cr-374 (RJS)

Dear Judge Sullivan:

  Today Your Honor granted a bail modification request, made on consent, to substitute $5000 cash and the addition of a third financially responsible suretor for the current collateral for Mr. Casado's bond, namely the equity in his condominium. However, the Court required all three suretors (including the original two) to sign the modified bond, and directed those signatures (as well as the deposit of the $5000) to occur by tomorrow, June 8.

  Because, given their schedules, it will be impossible to get all three suretors to sign the bond by tomorrow, I respectfully request that the deadline for the completion of the bond is extended to June 15, 2018.

  Thank you for your consideration.

                Sincerely,

                /s/

                Florian Miedel

cc: AUSA Jessica Lonergan
   AUSA Nicolas Roos
   Pretrial Services Officer Joshua Rothman

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/18

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com