**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 29, 2018

**By ECF and Email**

The Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Victor Casado**,
              18 Cr. 374 (RJS)

Dear Judge Sullivan:

       This letter is respectfully submitted to provide an update to the Court regarding the above-referenced case.  By way of background, the defendant was charged in a five-count information on or about May 25, 2018, and appeared before the Court the same day.  At the conference, the Court directed the Government to produce discovery by June 22, 2018, and ordered the parties to file a joint status update by June 29, 2018.

       The Government has produced all currently available discovery materials to the defendant.  The Government is continuing to review electronic evidence, including downloads from cellular telephones belonging to individuals other than the defendant and the defendant's own electronic devices.  The Government anticipates that those items will be ready for production to the defendant within approximately four weeks.

       The parties have been engaging in discussions regarding a potential pre-trial disposition, and those discussions remain ongoing.

      The next conference is scheduled for July 31, 2018.  The parties anticipate that by the date of the conference, the Government will have produced the discovery that remains under review and the defendant will likely have reached a decision regarding a pre-trial disposition.  If no pre-trial disposition has been reached by that date, the parties request that, at the conference, the Court set a schedule for pre-trial motions.

          Respectfully submitted,

          GEOFFREY S. BERMAN
          United States Attorney

by: *Jessica Lonergan*
          Jessica Lonergan
          Nicolas Roos
          Assistant United States Attorneys
          (212) 637-1038 / 2421

cc:    Florian Miedel, Esq. (by ECF and email)