UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

VICTOR CASADO,

Defendant.

---

18-cr-374 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED THAT Supervisee Casado's conditions of supervised release are revised to permit him to reside within the Southern District of Florida, while remaining under the supervision of the Southern District of New York, provided that he (1) report in person to Probation in the Southern District of New York once every six months and (2) submit to home visits to be conducted virtually by the Probation Department for the Southern District of New York.

SO ORDERED.

Dated:      July 25, 2022
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation